FILED
CLERK, U.S. DISTRICT COURT

October 6, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONDIT LLC, a California limited liability company,<br><br>    Plaintiff,<br>  v.<br><br>HALLOWS MOVIE INC., a Nova Scotia corporation; HALLOWS MOVIE, LLC, a Puerto Rico limited liability company; HALLOWS MOVIE LLC, a Louisiana limited liability company; UTOPIA FILM L.L.C., a Puerto Rico limited liability company, CROSSFACE LLC, a Louisiana limited liability company; LET IT PLAY LLC, a Connecticut limited liability company; ALEX A. GINZBURG, an individual; DONGKWAN "TONY" LEE, an individual; HYUN KIM, an individual; JORGE ALBERTO MARTINEZ-DAVILA, an individual,<br><br>    Defendants. | Case No. 2:19-cv-09832-SB-RAO<br><br>**STIPULATED FINAL JUDGMENT AND ORDER**<br><br><br><br><br><br>Complaint Filed:  November 15, 2019<br><br>Pretrial Conf:   October 8, 2021<br>Trial Date:    October 18, 2021 |

  Presently before the Court is the Stipulation for Entry of Final Judgment between Plaintiff BONDIT LLC (Plaintiff or BondIt) and Defendants HALLOWS MOVIE INC., a Nova Scotia corporation, HALLOWS MOVIE, LLC, a Puerto Rico limited liability company, HALLOWS MOVIE LLC, a Louisiana limited liability company, CROSSFACE LLC, a Louisiana limited liability company, LET IT PLAY

-1-

LLC, a Connecticut limited liability company, ALEX A. GINZBURG, an individual, and DONGKWAN "TONY" LEE, an individual, for Stipulated Judgment on the Second, Third and Fourth Claims for Relief in the First Amended Complaint. The parties have settled and Defendants Hallows Movie Inc., Hallows Movie, LLC, Hallows Movie LLC, Crossface LLC, Let It Play LLC, Alex A. Ginzburg, and Dongkwan "Tony" Lee consent to the entry of the Stipulated Judgment attached as Exhibit "1" to the Stipulation for Entry of Final Judgment as the final Judgment in this action.

As stipulated by the parties, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff BONDIT LLC recover from Defendants HALLOWS MOVIE INC., a Nova Scotia corporation, HALLOWS MOVIE, LLC, a Puerto Rico limited liability company, HALLOWS MOVIE LLC, a Louisiana limited liability company, CROSSFACE LLC, a Louisiana limited liability company, LET IT PLAY LLC, a Connecticut limited liability company, ALEX A. GINZBURG, an individual, and DONGKWAN "TONY" LEE, an individual, and each of them, jointly and severally, in the amount of $1,650,000.00 (the "Judgment Amount") on the Second, Third and Fourth Claims for Relief in the First Amended Complaint, along with post-judgment interest at the statutory rate of 10% per annum on the principal amount of $1,650,000.00, commencing as of the date of entry of Judgment; and

2. The Court does not retain jurisdiction of this matter for any purpose.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge